[No. 5613–9–III. Division Three. January 17, 1984.]

*In the Matter of* DESMOND STACY GYCE.

Appeal from a judgment of the Superior Court for Doug-

las County, No. J–1267, Charles W. Cone, J., entered January 10, 1983. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.